THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 Gernetta J.,
 Shuler O. H., Ricky P., and John Doe, Defendants,
 Of whom Gerneta
 J. is the Appellant.
 In
 the interest of one minor child. 
 
 
 

Appeal From Spartanburg County
 James F. Fraley, Jr., Family Court Judge

Unpublished Opinion No.   2010-UP-522
 Submitted December 1, 2010  Filed
December 9, 2010

AFFIRMED

 
 
 
 Chadwick Dean Pye, of Spartanburg, for Appellant.
 Deborah  Murdock, of Mauldin, for Respondent.
 Michael Todd Thigpen, of Spartanburg, for Guardian ad Litem.
 
 
 

PER CURIAM: Gernetta
 J. appeals from the family court's order
 terminating her parental rights to her minor child.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the
 record and the family court's findings of fact and conclusions of law pursuant
 to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no
 meritorious issues warrant briefing.  Accordingly, we affirm the family court's
 ruling.   
AFFIRMED.[1]
WILLIAMS,
 J., KONDUROS, J., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.